# United States District Court
## For The District of Colorado

Criminal Action No. 95-cr-472-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

CEDRIC DONNELL BROOKS,

        Defendant.

**ORDER REQUIRING THE UNITED STATES AND THE UNITED STATES PROBATION OFFICE RESPOND TO DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE**

The above-entitled matter came before the Court upon a motion by Mr. Brooks (Doc. 128). He seeks a modification of his sentence in light of amendments to the United States Sentencing Guidelines effecting the calculation of sentences for offenders whose sentences involved "crack" cocaine. Mr. Brooks also requests that this Court appoint counsel for the purpose of such a modification.

At this time, the Court requires that the United States and the United States Probation Office respond to Mr. Brooks' motion. Once all relevant information is before the Court, the Court shall consider whether appointment of counsel is appropriate.

NOW, THEREFORE, IT IS HEREBY ORDERED that the United States shall respond to the Defendant's motion no later than January 26, 2009. The United States shall

also file any supplemental motions it believes are necessary. It is

FURTHER ORDERED that the United States Probation Office shall review the Defendant's original presentence investigation report (PSR) and present an addendum to the PSR to the Court and the parties regarding the appropriateness of a sentence reduction in this matter. Such an opinion shall be provided to the Court no later than January 26, 2009.

Dated this 8th day of January, 2009.

/s/ Alan B. Johnson

UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION