# United States District Court
## For The District of Colorado

---

Criminal Action No. 95-cr-472-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

CEDRIC DONNELL BROOKS,

        Defendant.

---

### ORDER GRANTING MOTION TO STRIKE MOTION FOR SENTENCE REDUCTION AND VACATING HEARING AND DENYING GOVERNMENT'S MOTION FOR EXTENSION OF TIME

---

The above-entitled matter initially came before the Court upon Defendant's motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c). (Doc. 128.) After reviewing the motion, the Court entered an order appointing counsel and setting the matter for hearing. (Doc. 132.) On March 11, 2009, the Court received Defendant's motion to strike his motion for sentence reduction. (Doc. 136.) After reviewing all relevant documents, the Court finds the motion should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's motion to strike motion for sentence reduction is GRANTED, without prejudice. It is

FURTHER ORDERED that the hearing scheduled for April 2, 2009, is VACATED.

It is

FINALLY ORDERED that the government's motion for an extension of time to file a response to Defendant's motion (Doc. 130) is DENIED as MOOT.

Dated this 27th day of March, 2009.

*Alan B. Johnson*
_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION